United States Court of Appeals, Federal Circuit.

Dec. 10, 2007.

Before RADER, SCHALL, and PROST, Circuit Judges.

### ORDER

SCHALL, Circuit Judge.

The Acting Secretary of Veterans Affairs moves without opposition to vacate the judgment of the United States Court of Appeals for Veterans Claims and remand this appeal.

Arthur R. MacKeil appealed to the Court of Appeals for Veterans Claims from a June 20, 2005 decision of the Board of Veterans' Appeals that, inter alia, determined MacKeil had received adequate notification of the evidence or information necessary to substantiate his claim as required by 38 U.S.C. § 5103(a). The Court of Appeals for Veterans Claims determined that the Board's decision failed to address whether MacKeil's expressed confusion regarding what evidence or information was necessary to substantiate his claim rendered the notification inadequate. The court vacated and remanded without first considering whether such error was prejudicial. The Secretary appealed, seeking review by this court.

On October 4, 2007, the court issued its decision in *Mlechick v. Mansfield,* 503 F.3d 1340, (Fed.Cir.2007). *Mlechick* held that the Court of Appeals for Veterans Claims cannot refuse to consider the rule of prejudicial error when assessing whether the Secretary has satisfied his section 5103(a) notification requirements. *Id.* at 1345–46. Rather, in cases such as this, where the Secretary has attempted to show the notice error was nonprejudicial, the court should "determine if any differences between the notice given and the notice required by [section 5103(a)] 'affected the fundamental fairness of the adjudication' being mindful that the burden is on [the Secretary] to make such a showing." *Id.* (citation omitted).

Accordingly,

IT IS ORDERED THAT:

(1) The Acting Secretary's motion is granted.

(2) Each side shall bear its own costs.

**Robert E. MAYO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2007–3053.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2007.

Before RADER, SCHALL, and PROST, Circuit Judges.

## ORDER

SCHALL, Circuit Judge.

The Office of Personnel Management (OPM) moves without opposition to lift the stay of proceedings and remand Robert E. Mayo's petition for review of a decision of the Merit Systems Protection Board.

Mayo filed an appeal alleging that OPM had improperly charged him leave for the performance of military reserve duty on non-workdays in violation of the Uniform Services Employment and Reemployment Rights Act (USERRA), 38 U.S.C. § 4301 (2000). The Board held that Mayo had failed to meet his burden of establishing a violation of USERRA and dismissed his complaint without granting a hearing. Mayo appealed.

On March 7, 2007, we issued our decision in *Kirkendall v. Army,* 479 F.3d 830 (Fed.Cir.2007) (en banc), *cert. denied* — U.S. ——, 128 S.Ct. 375, 169 L.Ed.2d 260 (2007). *Kirkendall* held, inter alia, that USERRA requires that "any veteran who requests a hearing shall receive one." *Id.* at 844. Because Mayo was denied a hearing, we remand for further proceedings in light of *Kirkendall.* On remand, the Board may also consider, inter alia, our recent decisions in *Hernandez v. Department of the Air Force,* 498 F.3d 1328 (Fed. Cir.2007) and *Pucilowski v. Department of Justice,* 498 F.3d 1341 (Fed.Cir.2007).

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The Board's decision is vacated and the case is remanded for further proceedings.

(2) All sides shall bear their own costs.